UNITED STATES DISTRICT COURT

District of Oregon
Portland Division

Vanguard Products Group, Inc., et al,

                  Plaintiff(s)

vs.                                                                                  Case No:    3:10-CV-392-KI

Merchandising Technologies, Inc.,

                  Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:**

| | |
|---|---|
| Signature: | /s/ Michael J. Esler |
| Name & OSB ID: | Michael J. Esler, OSB No. 710560 |
| e-mail address: | esler@eslerstephens.com |
| Firm Name: | Esler, Stephens & Buckley |
| Mailing Address: | 888 S.W. Fifth Avenue, Suite 700 |
| City, State, Zip: | Portland, Oregon  97204-2021 |
| Phone Number: | (503) 223-1510 |
| Parties Represented | Merchandising Technologies, Inc. [defendant] |

cc:    Counsel of Record